ALFRED D. McKINSTRY, Appellant, *v.* GEORGE C. SAHLER, Respondent.

*Section 1303 of Code of Civil Procedure — not applicable to appeals from a justice's court.*

Appeal from so much of an order of the County Court of Ulster county, as refused to dismiss an appeal in this action from a judgment of a justice's court, and as allowed the defendant to execute and file the undertaking required by section 356 of the Code of Civil Procedure, which he had failed to do at the time of serving the notice of appeal.

The court at General Term said : " The only question here is whether section 1303 of the new Code, corresponding to section 327 of the old Code, and allowing amendments, when an appeal is taken in good faith, applies to an appeal from a justice's court to a county court. It is decided in *Roberts* v. *Davids* (19 S. C. N. Y., 394) that it does not. And that part of the order appealed from should be reversed, with ten dollars costs and printing disbursements."

*Augustus H. Van Buren* and *J. W. Fiero*, for the appellant. *S. F. Wood*, for the respondent.

Opinion by Learned, P. J.

Present — Learned, P. J., Boardman and Bockes, JJ.

The part of the order appealed from reversed, with ten dollars costs and printing disbursements, and appeal in County Court dismissed, with ten dollars costs.